*In re* NELSON BORGES BORGES.

*Número:* TS-9349          *Resuelto:* 22 de septiembre de 1999

*Nydia Martínez de Lajara,* Directora Interina de la Oficina de Inspección de Notaría; *Nelson Borges Borges, pro se.*

## RESOLUCIÓN

El 26 de julio de 1995 suspendimos indefinidamente del ejercicio de la profesión de abogado al entonces licenciado Nelson Borges Borges por no atender nuestros requerimientos y los de la Oficina de Inspección de Notarías. El señor Borges Borges ha comparecido y nos solicita que lo reinstalemos a las profesiones de abogado y notario. En su escrito se disculpa y expresa arrepentimiento por desatender tanto nuestras órdenes como los requerimientos de la Oficina de Inspección de Notarías. Nos indica, además, su compromiso de cumplir fiel y diligentemente con las órdenes del Tribunal, con los requerimientos de la Oficina de Inspección de Notarías y con los cánones del Código de Ética Profesional.

La obra notarial del entonces licenciado Borges Borges fue inspeccionada (Protocolos de 1991 a 1994 y dos (2) registros de testimonios), hallada correcta y depositada en el Archivo de Caguas. El señor Borges Borges, además, rindió los índices notariales que adeudaba.

Tomando en consideración lo antes expuesto, *se reinstala de inmediato al señor Borges Borges al ejercicio de la profesión de abogado. Luego de cumplir con los trámites de rigor, será reinstalado también a la notaría.*

*Notifíquese vía fax, por teléfono y la vía ordinaria, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*